UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DWYER                                                    JURY TRIAL DEMANDED

v.                                        CASE NO. 3:10 cv

BUDZIK & DYNIA, LLC

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), l5 U.S.C. § l692.

2. The Court has jurisdiction. 15 U.S.C. § 1692k and 28 U.S.C. §133l.

3. Plaintiff is a natural person who has resided in Connecticut at all relevant times

4. Plaintiff is a consumer within the FDCPA.

5. Defendant regularly collects consumer debts and is a debt collector within the FDCPA.

6. Defendant has a place of business at 4355 N Milwaukee Ave, Chicago IL 60641 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff in 2010 concerning efforts to collect a personal credit card bill.

7. Defendant did not disclose the current creditor in its initial communication dated Feb. 24, 2010.

8. Defendant falsely stated that LVNV Funding, a debt buyer, was the original creditor.

9. Defendant misled the least sophisticated consumer about his dispute rights, by stating that he had thirty days "after you review this letter" to dispute, rather than 30 days after receipt of the letter.

10. In the collection efforts, defendant violated the FDCPA, § 1692e, or –g.

WHEREFORE plaintiff respectfully requests this Court to:

1.   Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages under of the FDCPA;

2.   Award the plaintiff costs of suit and a reasonable attorney's fee;

3.   Award such other and such further relief as law or equity may provide.

                    THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
        JOANNE S. FAULKNER ct04137
        123 Avon Street
        New Haven, CT 06511-2422
        (203) 772-0395
        faulknerlawoffice@snet.net