UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN DWYER

      v.                            3:10CV1872(WWE)

BUDZIK & DYNIA, LLC

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Warren W. Eginton, Senior United States District Judge, as a result of plaintiff's motion for default judgment pursuant to Rule 55(b) of the FRCvP.   On March 22, 2011, a default under Rule 55(a) FRCvP entered against the defendant.  On May 10, 2011, an Order was entered granting the plaintiff's motion for default judgment against the defendant. Accordingly the Court awards damages in the amount of $1,000.00, attorney's fees in the amount of $2,100.00 and costs in the amount of $486.57.

Therefore, it is ORDERED and ADJUDGED that judgment is entered in favor of the plaintiff, John Dwyer against the defendant, Budzik & Dynia, LLC for a total award of $3,586.57 and the case is closed.

Dated at Bridgeport, Connecticut, this 13th day of May 2011.

                                          ROBERTA D. TABORA, Clerk

                                          By       /s/
                                              Deborah A. Candee
                                              Deputy Clerk

Entered on Docket _____